# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

---

MICHELLE LUNDY,

       Plaintiff,

    -vs-                          **Case No. 16-C-470**

WESTWOOD HEIGHTS APARTMENTS,
JACK SHEEHAN, and ST. CLARE
MANAGEMENT,

       Defendants.

---

## DECISION AND ORDER

---

Michelle Lundy requests leave to proceed in forma pauperis in connection with this suit, in which she alleges that the defendants subjected her to discriminatory housing practices. Lundy's complaint states actionable claims for relief under the Fair Housing Act. *See* 28 U.S.C. § 1915(e)(2). Moreover, Lundy's financial affidavit reveals that she is unable to pay the filing fee to commence this lawsuit. § 1915(a)(1).

Accordingly, **IT IS HEREBY ORDERED THAT** Lundy's motion [ECF No. 2] is **GRANTED**. The United States Marshals Service shall serve a copy of the complaint, the summons, and this order upon the defendants in these cases. The plaintiff is advised that Congress requires the Marshals Service to charge for making or attempting to make such service. 28 U.S.C.

§ 1921(b). Current fees are listed at 28 C.F.R. § 0.114(a).

Dated at Milwaukee, Wisconsin, this 21st day of April, 2016.

SO ORDERED:

_____
**HON. RUDOLPH T. RANDA**
**U.S. District Judge**

- 2 -