# United States District Court
## Eastern District of Wisconsin

**JUDGMENT IN A CIVIL ACTION**

MICHELLE LUNDY,

        Plaintiff,

    v.                        Case No. **16-CV-470**

WESTWOOD HEIGHTS APARTMENTS,
JACK SHEEHAN, and
ST. CLARE MANAGEMENT,

        Defendants.

☒    **Decision by Court.** This action came before the Court and decisions have been rendered.

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of the defendants and against the plaintiff on the plaintiff's action alleging discrimination based upon race and familial status, and retaliation, in violation of the Fair Housing Act of 1968, 28 U.S.C. § 1915(e)(2).

The unopposed motion of defendants Westwood Heights Apartments and Jack Sheehan for summary judgment is **GRANTED.**

The unopposed motion of defendant St. Clare Management for summary judgment is **GRANTED.**

This action is hereby **DISMISSED WITH PREJUDICE**.

Date: June 7, 2017

Stephen C. Dries, Clerk of Court
EASTERN DISTRICT OF WISCONSIN
(By) Deputy Clerk, s/ Linda M. Zik

Approved this 7th day of June, 2017.

WILLIAM E. DUFFIN
United States Magistrate Judge

2
Case 2:16-cv-00470-WED   Filed 06/07/17   Page 2 of 2   Document 56