# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

MICHELLE LUNDY,
           Plaintiff,

v.                                        Case No. 16-CV-470

WESTWOOD HEIGHTS APARTMENTS, et al.,
           Defendants.

## ORDER

Due to an error by the defendants, three documents included in the record before this court were omitted from the record on appeal: ECF No. 35, "NOTICE of Change of Address as to Michelle Lundy. New address is, 232 Walworth Street Apt. 6B, Sharon, WI 53585"; ECF No. 51, "CERTIFICATE OF SERVICE by Jack Sheehan, Westwood Heights Apartments"; and ECF No. 54, "CERTIFICATE OF SERVICE by St Clare Management of defendant's Motion for Summary Judgment by mail to plaintiff on 4/21/17." The defendants seek to modify the record on appeal pursuant to Fed. R. App. P. 10(e)(2)(B) to include these documents. (ECF No. 69.) The motion is granted.

**SO ORDERED**.

Dated at Milwaukee, Wisconsin this 18th day of October, 2017.

WILLIAM E. DUFFIN
U.S. Magistrate Judge